404 A.2d 1350

Commonwealth, Appellant, v. Valentino.

Argued June 15, 1977. Deborah E. Glass, Assistant District Attorney, for Commonwealth, appellant; Leon A. Mankowski, for appellee.

Order affirmed.

VAN der VOORT and SPAETH, JJ., dissented.

JACOBS, former P. J., WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.